The People of the State of Illinois, Plaintiff-Appellee, v. Deborah Dumas, Defendant-Appellant.

(No. 57120;

First District (5th Division)—March 23, 1973.

PER CURIAM.

Allan A. Ackerman, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Mark T. Zubor, Assistant State's Attorneys, of counsel,) for the People.